## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEROKEE NATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 23-CV-237-RAW-DES |
| | ) |
| MORRIS & DICKSON CO., LLC, | ) |
| | ) |
| Defendant. | ) |

### REPORT AND RECOMMENDATION

This matter comes before the Court on Defendant Morris & Dickson Co., LLC's Motion to Dismiss. (Docket No. 18). On July 25, 2023, United States District Judge Ronald A. White referred this case to the undersigned Magistrate Judge for all pretrial and discovery matters, including dispositive motions, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72. (Docket No. 12). On March 19, 2024, the undersigned Magistrate Judge filed a Report and Recommendation to the District Judge recommending that the Cherokee Nation's Motion to Remand this action to the District Court of Sequoyah County be granted. (Docket No. 24). Based on such recommendation, the undersigned Magistrate Judge further recommends Defendant Morris & Dickson Co., LLC's Motion to Dismiss be deemed MOOT if the District Court ultimately adopts the Report and Recommendation and remands this action to the District Court of Sequoyah County.

Any objections to this Report and Recommendation must be filed within fourteen days. *See* 18 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  Any objections and response shall each be

1

limited to 10 pages and a reply is permitted only with leave of court upon a showing of good cause.

DATED this 2nd day of July, 2024.

_____
D. Edward Snow
United States Magistrate Judge